STATE ex rel. HAYDON, PROSECUTING ATTOR-
NEY OF ORMSBY COUNTY, Relator, *v.* A. CURRY,
Respondent.

Macadamized road is a technical term well understood.

A charter authorizing one to collect tolls upon the making of a macadamized road
between two points, will not authorize the collection of tolls until such improve-
ment has been completed from one end to the other of the road.

A failure to comply with the requirements of the law in regard to finishing the road
works a forfeiture of the charter.

*Haydon,* for Relator.

*Clayton & Clarke,* for Respondent.

Opinion by Beatty, J., Brosnan, J., concurring.

This is an information in the nature of a *quo warranto*
instituted against the defendant, requiring him to show cause
why he exercises the franchise of collecting tolls on a road
leading from Carson City to Empire. He justifies and claims
the right to collect tolls under the provisions of an Act passed
by the Territorial Legislature of Nevada on the 9th day of
February, 1864.

The first section of that Act grants the right to A. Curry
and his associates to construct a macadamized road from Car-
son City to Empire. The second section is in these words:

"Section 2. The above grantees shall, within thirty days
after the passage of this Act, cause a survey of said road to be
made, and shall have such survey recorded in the office of the
Recorder of Ormsby County, and shall, within six months
from the passage of this Act, complete one mile of said road,
commencing at Carson City, and shall, within six months
thereafter, complete the entire road; and if they fail to com-
ply with the requirements of this section they shall forfeit all
rights acquired under this Act."

The proof before us shows that Curry (or he and his asso-
ciates) opened the road between the termini thereof in the
year 1864; that he hauled rock on about one-half thereof.
The rock hauled on was coarse, large pieces of sandstone.
To make it fit for travel, dirt was mixed with it, and the dirt

and stone have now become worn down smooth, and make a good road. Considerable work was also done digging ditches and throwing up the dirt to make a solid foundation for the road.

Upon about one-half of the road no stone has been hauled. This part of the road upon which no stone has been hauled is generally sandy, and not liable to get muddy, but in dry weather becomes heavy and difficult for freight teams. Curry has scraped the light sand off the road in various places, and very much improved it. In many places, where the natural surface was a loose, shifting sand, he has scraped the road down to a substratum of sand and gravel, far superior as a road bed to the natural surface.

By the labor of Curry the road has been greatly improved. But still it falls far short of a *macadamized road.* In Winter one end is obstructed by bad mud-holes. In Summer the other end has heavy sand on portions of it.

The defendant claims that he has complied with the terms of his charter, and is collecting tolls on the road described in the Act. A macadamized road is a technical term well understood by all intelligent road builders and scientific men. Such a road is thus described in the American Cyclopœdia :

" To form a true macadamized road the following principles must be fully understood and acted upon ; that it is the native soil which actually supports the weight of traffic; that while this soil is preserved in a dry state it will carry any weight without sinking, and that it does in fact carry both the road and the carriages ; that this native soil must be rendered quite dry by a thorough draining from all under water, and a covering impenetrable to rain must then be placed over it, to preserve it in that dry state; that the thickness of a road should only be regulated by the quantity of the material necessary to form such impervious covering, and never by any reference to its own power of carrying weight.

" This covering or roof of the soil must be made of clean, dry stone, broken into small fragments, each not exceeding six ounces in weight, about the size of a pigeon's egg, which must be so prepared and laid as to unite by its own angles into a firm, compact, impenetrable body. This cannot be

effected unless the greatest care be taken that no earth, clay, sand, chalk, or other matter that will hold or conduct water, be mixed with the broken stone.  A road perfectly made on these principles completely excludes water, and therefore never can be affected by the action of frost.   The thickness of the stratum of broken stone should never be less than seven nor more than ten inches, and the surface should be made nearly flat, never having a greater slope from the center to the sides than an inch in every five feet, which will be ample to carry off all rain."

It cannot be claimed that this road is a macadamized road. For half of the distance it has not the semblance of such a road. Whilst the Court is reluctant to come to a conclusion which deprives Mr. Curry of his labor and expenditure, it cannot, without a violation of all principle, and encouragement of wrong, allow a party who enters into an engagement with the State to perform one-half or one-fourth of what he is legally bound to perform, and then claim the same rights as if he had performed the whole.

Judgment must be entered in favor of the State, depriving the defendant of the franchise by him claimed, and forbidding him to collect tolls on the road named.